No. 71–5709. JIMENEZ v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Haines* v. *Kerner,* 404 U. S. 519.